**FILED**

**JUN 2 9 2022**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| | ) **3:22 CR 353** |
| Plaintiff, | ) **JUDGE HELMICK** |
| | ) |
| v. | ) CASE NO. **MAG. JUDGE CLAY** |
| | ) Title 18, United States Code, |
| TAYLOR ELYSSE CORGGENS, | ) Sections 922(a)(6), 924(a)(2), |
| | ) and 1001(a)(2) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

COUNT 1
(False Statement During Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury charges:

On or about May 24, 2021, in the Northern District of Ohio, Western Division, Defendant

TAYLOR ELYSSE CORGGENS, in connection with the acquisition of a firearm, to wit: a

Springfield Armory, Model Saint Victor, 300 Blackout Caliber AR-style Pistol, bearing serial

number ST415403, from Towers Armory, a licensed dealer of firearms within the meaning of

Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement

to Towers Armory, which statement was intended to deceive Towers Armory as to a fact

material to the lawfulness of such sale of said firearm to Defendant under chapter 44 of Title 18,

in that Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms,

and Explosives Form 4473, Firearms Transaction Record, to the effect that she was the actual

buyer of the firearm indicated on the Form 4473, when in fact as Defendant then knew, she was

ORIGINAL

purchasing said firearm for another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 2
(False Statement to a Federal Agent, 18 U.S.C. § 1001(a)(2))

The Grand Jury further charges:

On or about December 16, 2021, in the Northern District of Ohio, Western Division, Defendant TAYLOR ELYSSE CORGGENS did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating that L.G. was not present with Defendant when Defendant purchased a Springfield Armory, Model Saint Victor, 300 Blackout Caliber AR-style Pistol, bearing serial number ST415403, from Towers Armory, on May 24, 2021, when in fact, as Defendant then and there knew, L.G. was present with her during the purchase, in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.